UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

Ku-ring-gai Ridge Vineyard LLC
PO Box 1599
Sutter Creek, CA 95685

Debtor (s)

Case No. 14-22155

Chapter 11

QUARTERLY POST-CONFIRMATIC
REPORT FOR REORGANIZED DEB

For the Quarter Ending: June 30, 2015

The reorganized debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming plan: 7 November 2014

2. Cash balance at the beginning of this quarter: $3,312
   Total receipts during this quarter: $132,174
   Total disbursements during this quarter: $129,883
   Cash balance at the end of this quarter: $5603

3. Payments made pursuant to the Plan this quarter: $94,146

   Total payments to be made pursuant to the Plan: $1,178,289
   Cumulative paid to date: $ $596,032
   Balance remaining to be made under the Plan: $ 582,257

---

[1/] First report shall be filed for the portion of the calendar quarter from the date of confirmation to the end of the quarter. Subseq⟨ be filed at the expiration of each calendar quarter thereafter until dismissal, conversion, or entry of a final decree closing the case be filed with the Court and served upon the United States Trustee not later than twenty (20) days after expiration of the reported ⟨

Revised 8/2010

Page 1 of 2

AS OF THE END OF THIS REPORTING PERIOD:                                                    Yes      No

4.  Are all payments required by the confirmed plan current at this time?                  ✓
    [If 'NO', attach an explanatory statement identifying payments not made.
    Include creditor, amount, due date, reason for non-payment and
    an estimated date when payments will be brought current.]

5.  Do you currently anticipate a circumstance/event which will cause an                            ✓
    interruption or cessation of payments or other performance under the
    Plan? [If 'YES', attach an explanatory statement.]

6.  Have quarterly fees due to the United States Trustee as of the date of                 ✓
    this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?

7.  Have all motions, contested matters and adversary proceedings been                     ✓
    fully resolved? [If 'NO', for each motion, contested matter or adversary
    proceeding, attach a statement identifying the parties and nature of the
    dispute and state the anticipated resolution.]

8.  Has the order confirming the Plan become non-appealable?                               ✓

9.  Have deposits, if any, required by the Plan been distributed pursuant                  ✓
    to the Plan? [If 'NO', attach an explanatory statement.]

10. Has any property proposed by the Plan to be transferred been transferred               ✓
    pursuant to the Plan?

11. Does any property remain to be transferred pursuant to the Plan?                                ✓
    [If 'YES', attach a statement identifying each property to be transferred
    and the anticipated date of transfer pursuant to the Plan.]

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed                ✓
    the business or management of the property dealt with by the Plan?

13. Anticipated date of motion for final decree:         November 2019

I declare under penalty of perjury that the statements set forth above are true and accurate.

13 July 2015                                             /s/ Brown
   Dated:                                                Responsible Individual (signature)

                                                         Jeffrey Steven Brown
                                                         Print Name
                                  Current Address:       2720 Flintgrove Road
                                                         Charlotte, NC 28226

                                  Telephone Number:      704-756-4680          Page 2 of 2