UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Ku-ring-gai Ridge Vineyard LLC
PO Box 1599
Sutter Creek, CA 95685

Case No: 14-22155

Chapter 11

_____ Debtor(s)    /

**QUARTERLY POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING** 30 September 2015 [1]

    The Revested Debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of Entry of Order Confirming Plan:      7 November 2014

2. Cash balance at the beginning of quarter:     $ 5,603
   Total Receipts during this quarter:     $ 109,114
   Total disbursements during this quarter:     $ 112,186
   Cash balance at the end of this quarter:     $ 2,531

3. Payments made pursuant to the Plan:     $ 653,039
   Total paid this quarter:     $ 57,007

   Total payments to be made pursuant to the Plan:     $ 1,178,289
   Cumulative paid to date:     $ 653,039
   Balance remaining to be made under the Plan:     $ 525,250

---

[1] First Report shall be filed for the portion of the calendar quarter from the date of confirmation to the end of the quarter. Subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion, or entry of a final decree closing the case. Reports shall be filed with the Court and served upon the United States Trustee not later than twenty (20) days after expiration of the reported quarter.

ASB

|    | As of the end of this reporting period, | YES | NO |
|----|---|---|---|
| 4. | Are all payments required by the confirmed plan current at this time? [If "NO" attach explanatory statement identifying payments not made. Include creditor, amount, and date due; reason for non-payment; and an estimated date when payments will be brought current.] | ✓ |  |
| 5. | Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the plan? [If "YES", attach an explanatory statement.] |  | ✓ |
| 6. | Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to the plan and 28 U.S.C. §1930(a)(6)? | ✓ |  |
| 7. | Have all motions, contested matters, and adversary proceedings been fully resolved? [If "NO" for each motion, contested matter, or adversary proceeding attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.] | ✓ |  |
| 8. | Has the order confirming the plan become non-appealable? | ✓ |  |
| 9. | Have deposits, if any, required by the plan been distributed pursuant to the plan? [If "NO" attach an explanatory statement.] | ✓ |  |
| 10. | Has any property proposed by the plan to be transferred been transferred pursuant to the plan? | ✓ |  |
| 11. | Does any property remain to be transferred pursuant to the plan? [If "YES" attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the plan.] |  | ✓ |
| 12. | Has the Revested Debtor(s) or the successor of the Debtor(s) assumed the business or the management of the property dealt with by the plan? | ✓ |  |
| 13. | Anticipated date of motion for final decree: November 2019 | | |

I declare under penalty of perjury that the statements set forth above are true and accurate.

Dated: 15 October 2015

_JS Brown_
Signature of Responsible Individual

Jeffrey Steven Brown
Print Name

Current address: 2720 Flintgrove Road
Charlotte, NC 28226

Telephone Number: (704) 756-4080